UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:13-cr-101 |
| v. | ) | |
| | ) | COLLIER / LEE |
| COREY DEWAYNE EVANS | ) | |
| | ) | |

## ORDER

At Defendant's November 4, 2013 initial appearance, Defendant advised the Court of the misspelling of his first name on the indictment. Before the Court is the government's motion to amend the indictment to correct the spelling of Defendant's first name from "Corey", to "Cory" [Doc. 10]. "[A]n indictment may not be amended except by resubmission to the grand jury, unless the change is merely a matter of form." *Russell v. United States*, 369 U.S. 749 (1962). Correcting the spelling of Defendant's first name in the indictment and all future pleadings and documents in this case is a matter of form, not substance, and the Court may amend the Indictment under these circumstances. *See United States v. Campbell*, 235 F. Supp. 94, 96 (E.D. Tenn. 1964).

Accordingly, the motion [Doc. 10] is **GRANTED** and the style and each count of the Indictment are hereby construed as reflecting the proper name of Defendant as **CORY DEWAYNE EVANS**. The Clerk of the Court is hereby **DIRECTED** to correct the court docket to reflect the proper spelling of Defendant's first name as **CORY**.

SO ORDERED.

ENTER:

                                                      s/ *Susan K. Lee*
                                                      SUSAN K. LEE
                                                      UNITED STATES MAGISTRATE JUDGE